UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY PEDROSA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BNSF RAILWAY COMPANY, <br><br> Defendant. | Case No. CV 21-9234-DMG (SKx) <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE [58]** |

Pursuant to the parties' Joint Stipulation to Dismiss Entire Action,

IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice. Each party to bear its own costs.

**IT IS SO ORDERED.**

DATED: August 22, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1